

The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = GOD IN THE TEMPLES OF GOVERNMENT
Search Results: Displaying 2 of 2 entries



### *GOD IN THE TEMPLES OF GOVERNMENT.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001683305 / 2007-08-31 |
| **Application Title:** | GOD IN THE TEMPLES OF GOVERNMENT. |
| **Title:** | GOD IN THE TEMPLES OF GOVERNMENT. |
| **Appears in:** | Human Events-November 24, 2003 |
| | Human Events-December 22, 2003 |
| **Description:** | CD & Photo prints 3 p. |
| **Copyright Claimant:** | CARRIE DEVORAH, 1995- . Address: 1330 New Hampshire Ave NW Apt. 607, Washington, DC 20036. |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-11-24 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group Registration of published photographs/God in the Temples of Government 15 Photos & God in the Temples of Government II 11 photos |
| **Authorship on Application:** | CARRIE DEVORAH, 1995- ; Domicile: United States; Citizenship: Canada. Authorship: Photograph. |

**Copyright Note:** C.O. correspondence.

Regarding publication: Range of publication date is listed as 11/24/2003-12/22/2003.

**Names:** DEVORAH, CARRIE, 1995-



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |
Library of Congress Home Page



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

[Help] [Search] [History] [Titles] [Start Over]

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = GOD IN THE TEMPLES OF GOVERNMENT
Search Results: Displaying 2 of 2 entries

[previous] [next]



### *GOD IN THE TEMPLES OF GOVERNMENT.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001683305 / 2007-08-31 |
| **Application Title:** | GOD IN THE TEMPLES OF GOVERNMENT. |
| **Title:** | GOD IN THE TEMPLES OF GOVERNMENT. |
| **Appears in:** | Human Events-November 24, 2003 |
| | Human Events-December 22, 2003 |
| **Description:** | CD & Photo prints 3 p. |
| **Copyright Claimant:** | CARRIE DEVORAH, 1995- . Address: 1330 New Hampshire Ave NW Apt. 607, Washington, DC 20036. |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-11-24 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group Registration of published photographs/God in the Temples of Government 15 Photos & God in the Temples of Government II 11 photos |
| **Authorship on Application:** | CARRIE DEVORAH, 1995- ; Domicile: United States; Citizenship: Canada. Authorship: Photograph. |

**Copyright Note:** C.O. correspondence.

Regarding publication: Range of publication date is listed as 11/24/2003-12/22/2003.

**Names:** DEVORAH, CARRIE, 1995-



**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]   [Format for Print/Save]

Enter your email address: [_____]   [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page