# God in the Temples of Government


One of the ornaments on the Christmas tree in the Library of Congress


Moses on the rear facade of the U.S. Supreme Court


"Liberty of Worship" outside the Ronald Reagan Building


The Ten Commandments in the floor of the National Archives


Virginia's Statute of Religious Freedom, in the Jefferson Memorial


Moses with the Ten Commandments, rotunda of the Library of Congress


Sculpture in front of the U.S. District Court building


Image titled "Religion" in the U.S. Capitol


Window in the chapel of the U.S. Capitol of George Washington praying


Moses with the Ten Commandments inside the Supreme Court


Muhammad inside U.S. Supreme Court    Lincoln's second inaugural speech on the Lincoln Memorial


"Knowledge" in the North Hall of the Library of Congress

**Human Events**
The National Conservative Weekly

Human Events
The National Conservative Weekly
One Massachusetts Ave., NW
Washington D.C. 20001
800-467-4448
www.HumanEventsOnline.com

**Young America's Foundation**

F.M. Kirby Freedom Center
National Headquarters
110 Elden Street
Herndon, Virginia 20170
800-USA-1776
www.yaf.org